# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 19-1040-GW(PLAx) | Date | March 1, 2019 |
|---|---|---|---|
| Title | *Sheila Green v. FirstSource Advantage, LLC* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Javier Gonzalez | None Present | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**     **IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On February 28, 2019, Plaintiff Sheila Green filed a Notice of Settlement. The Court sets an Order to Show re: Settlement Hearing for April 1, 2019 at 8:30 a.m. The parties are advised the hearing will be vacated, and no appearance will be required provided a Notice of Dismissal, is filed by noon on March 29, 2019.

: _____

Initials of Preparer    JG