**SULAIMAN LAW GROUP, LTD.**
Joseph S. Davidson (Admitted Pro Hac Vice)
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
Telephone: 630-575-8181
Facsimile: 630-581-8188
E-Mail: jdavidson@sulaimanlaw.com
*Attorney for the Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA GREEN,<br><br>                Plaintiff,<br><br>         v.<br><br>FIRSTSOURCE ADVANTAGE, LLC,<br><br>                Defendant. | Case No. 2:19-cv-01040-GW-PLA<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff, SHEILA GREEN voluntarily dismisses with prejudice the above-entitled action against Defendant FIRSTSOURCE ADVANTAGE, LLC.  This notice of dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

DATED: March 25, 2019                                           Respectfully submitted,

                                                                **SHEILA GREEN**

                                                                By: */s/ Joseph S. Davidson*

                                                                Joseph S. Davidson
                                                                **SULAIMAN LAW GROUP, LTD.**
                                                                2500 South Highland Avenue
                                                                Suite 200
                                                                Lombard, Illinois 60148
                                                                +1 630-575-8181
                                                                jdavidson@sulaimanlaw.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Nicholas M. Wajda
**WAJDA LAW GROUP, APC**
11400 West Olympic Boulevard
Suite 200M
Los Angeles, California 90064
+1 310-997-0471
nick@wajdalawgroup.com

2